lawsuit #1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
_____ DIVISION

1:17CV209

Paula Zelesnik
(Enter Above the Name of the Plaintiff in this Action)

VS

Social Security Office Cincinnati Ohio and Cleveland Ohio

vs.

550 Main St. John W Peck Federal Office Building 2nd Floor 45202
(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

1240 E 9th St Cleveland Ohio 44199
Anthony J Celebrezze Building 7th Floor
Pearl Rd Office 44130 Middleburg Heights Ohio
10205 Reading Rd Cincinnati Ohio 45241

COMPLAINT

J. BLACK

M.J. BOWMAN

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

Paula Zelesnik
Name - Full Name Please - PRINT

c/o William D. Bell attorney
Street Address

830 Main St. #604 Cincinnati Ohio 45202
City, State and Zip Code

Bruce Fourst attorney 513-871-8076
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

**RECEIVED**

MAR 29 2017

RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. Social Security Administration Ohio
   Name - Full Name Please

   c/o Pat DeWine Appeals US Supreme
   Address: Street. City. State and Zip Code        Court of Ohio

2. 77 S. High St. Riffe Bldg
   Columbus Ohio 43215        614-466-3555

3. 25 S. Front Street Dept of Ed
   Columbus Ohio 43215

4. 65 S High. St. Ohio Supreme Court
   Columbus Ohio 43215

5. 550 Main St. Cincinnati Ohio 45202
   2nd Floor & 9th Floor

6. 1240 E 9th St. Cleveland Ohio 44199
   7th Floor & 30th Floor

If there are additional Defendants. please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☑ Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☑ Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution. laws. or treaties of the United States."]

☑ Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐ Title _____ United States Code. Section _____
   [Other federal status giving the court subject matter jurisdiction.]

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

614-466-3555

I am seeking audio + video copies/transcripts of the application I made on Jan 29 2015 2016 at the Cincinnati office with the cops in the room at 550 Main St. Cincinnati Ohio 45202 and the same for the application for an appeal at the Cleveland office Anthony J Celebrezze office 1240 9th St during the months of Jan-March 2017. Included are the changes made by the Reading Rd office in Evendale Ohio by Bitner and the Pearl Rd office by Singh. I am also seeking the return of over $700 my mother took. Her and my father need to get their own SSI and SSD.

Paula Blounek

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption.
(Example, Case Number: 2:08-cv-728 and Caption: <u>John Smith</u> vs. <u>Jane Doe</u>).

<u>Case Number</u>  <u>Caption</u>

Hamilton County Courthouse, eviction + theft of $500 and a car by Eileen from condemned Cincinnati Section 8 housing

~20 Protection orders that Judge Bachman will not grant

2015 CV02441 and appeals CA 027010 Judge Donkof Montgomery County

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

I am seeking the $500,000 SSI owes me since 2000.

I am seeking the $1,000,000 SSD owes me since 2000.

Paula Plesnek

I state under penalty of perjury that the foregoing is true and correct. Executed on this 16 day of March, 2017.

Paula Plesnek
Signature of Plaintiff