UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| PAULA ZELESNIK, | : | Case No. 1:17-cv-209 |
| | : | |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Stephanie K. Bowman |
| vs. | : | |
| | : | |
| COMMISSIONER OF | : | |
| SOCIAL SECURITY, | : | |
| | : | |
| Defendant. | : | |

**DECISION AND ENTRY
ADOPTING THE REPORT AND RECOMMENDATIONS
OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 4)**

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman  Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on April 10, 2017, submitted a Report and Recommendations.  (Doc. 4).  Plaintiff filed objections.  (Doc. 5).[1]

---

[1] In the complaint, Plaintiff appears to request audio and video transcripts from a previous social security application.  Most of Plaintiff's factual allegations are illogical and incomprehensible and provide no factual content or context from which the Court can infer that Plaintiff is appealing the denial of social security benefits.  (*See* Doc. 4 at 3).  In her objections, Plaintiff simply states that in the paperwork she filed with the Court she "stated and wanted $5,000,000 for SSI and $500,000 for SSI."  (Doc. 5 at 1).  Plaintiff's statement does not remedy the fact that for the Court to review the denial of social security disability benefits, Plaintiff must first obtain a final decision by the Commissioner of Social Security pursuant to 20 C.F.R. § 405(g).  Plaintiff has not alleged any facts to support a finding that she has completed the required steps to obtain judicial review. Accordingly, Plaintiff's objections (Doc. 5) are **OVERRULED**.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendations should be and is hereby adopted in its entirety.

Accordingly,

1. This civil action is **DISMISSED** with **PREJUDICE** for failure to state a claim for relief;

2. Pursuant to 28 U.S.C. Section 1915(a), any appeal of this Order would not be taken in good faith and therefore Plaintiff is **DENIED** leave to appeal *in forma pauperis*; and

3. The Clerk shall enter judgment accordingly, whereupon this case is **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED**.

Date:  6/1/17

Timothy S. Black
United States District Judge