AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Paula Zelesnik *Plaintiff* v. Commissioner of Social Security *Defendant* | Civil Action No. 1:17-cv-209 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: the Report and Recommendation (Doc. 4) is ADOPTED. This civil action is DISMISSED with PREJUDICE for failure to state a claim for relief. An appeal of this Order would not be taken in good faith and therefore Plaintiff is DENIED leave to appeal in forma pauperis. This case is TERMINATED on the docket of this Court.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: 06/01/2017

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*